UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO.

00-06181

CIV-FERGUSON

MAGISTRATE JUDGE
SNOW

NIGHT BOX
FILED

FEB 2 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAYLEY NURSE,

Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___Yes ✓ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9377
Fax No. (305) 530-7195
Bar No. A5500282

DATED 1/31/00