AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

United States of America

v.

HAYLEY NURSE

Case Number: 

00-06181 CIV-FERGUSON
MAGISTRATE JUDGE SNOW

NIGHT BOX FILED
FEB 2 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

TO: (Name and Address of Defendant)

HAYLEY NURSE
520 LOCK RD

#41
DEERFIELD BEACH, FL 33442

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 _____ DATE

_Martin Diaz_
BY DEPUTY CLERK