AFFIDAVIT OF SERVICE

Case No: 00-6181 CIV-FERGUSON

TO BE SERVED

HAYLEY [illegible]
[illegible]
DEERFIELD BEACH, FLORIDA

COURT

IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
vs.
HAYLEY [illegible]

WRIT

SUMMONS IN A CIVIL ACTION

SERVED FOR

MARY [illegible] DOOLEY, ESQ.
[illegible]
MIAMI, FLORIDA [illegible]

INFORMATION

Court Date :
Court Time :
Witness Fee$
Doc. Type : Original
Atty File #.

Received this process on 03/08/00 at [illegible] AM and it was served 03/[illegible]/00 at [illegible]:10 PM in BROWARD COUNTY, FLORIDA.

To: HAYLEY [illegible]
At: [illegible]
DEERFIELD BEACH, FLORIDA

SUBSTITUTE SERVICE : (F.S. 48.031)

By leaving a copy of this writ, the date and hour of service endorsed thereon, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of said household above the age of fifteen years to wit:

PAMELA M. WILLIAMS
[illegible]

and informing such person of their contents.

[illegible] REMARKS:

4 April

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410([illegible]) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4([illegible]), FR C.P., and Section [illegible] Fl. Stat.

The foregoing instrument was acknowledged before me this [illegible] day of March, 2000 BY BARRY [illegible], who is personally known to me, or who has produced N/A as identification and who DID take an oath.

PROCESS SERVER: BARRY [illegible] ([illegible])
PARLAN/MARKOWITZ & KAYE (305) [illegible]
Job Number: [illegible]

NOTARY PUBLIC OR [illegible] OFFICER
AND [illegible] PRINT / SIGN

BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co

00 APR -3 AM 9:28
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

*United States of America*

*v.*

*HAYLEY NURSE*

Case Number: 0[illegible]

CIV - FERGUSON

MAGISTRATE JUDGE SNOW

**TO:** (Name and Address of Defendant)

HAYLEY NURSE
520 LOCK RD
#41
DEERFIELD BEACH, FL 33442

Co-tenant MC WILLIAMS
Pamela M[illegible]an
3-21-00 4:10 p

*YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney*

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.*

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 DATE

Martha Diaz
BY DEPUTY CLERK

757762