UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE No.: 00-06181-CIV-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HAYLEY NURSE,

    Defendant.
_____/

FILED by _____ D.C.
DKTG
APR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### DEFENDANT'S DEFAULT

DEFAULT ENTERED as to defendant, Hayley Nurse, on this  14th  day of  April , 2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR
                                CLERK OF THE COURT

                    BY: _____
                                DEPUTY CLERK

