**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE No.: 00-06181-CIV-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAYLEY NURSE

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This matter having come before the Court upon plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Hayley Nurse, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Hayley Nurse, upon the complaint herein, and it is further

ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Hayley Nurse, the sum of $12619.59, consisting of $5825.76 in unpaid principal, plus the amount of $6793.83 in interest accrued through April 11, 2000, in accordance with the supporting documentation attached as "Exhibit "B" to Plaintiffs Motion for Entry of Default Final Judgment, all together



with interest at the rate of 7.000% per annum to the date of this judgment, together with the sum of $175.00 in taxed costs, and it is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers, in FT. LAUDERDALE, FLORIDA, this 27th day of April, 2000.

WILKE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA (Two Certified Copies)
    Hayley Nurse, pro se