UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6181-CIV-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HAYLEY NURSE

        Defendant.
_____/

**SATISFACTION OF JUDGMENT**

      The judgment entered in favor of the United States of America, in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. . Said judgment was duly recorded on June 18, 2002 , in the Public Records of Broward County, Florida in Official Records Book 33298 page 103.


Dated: December 6, 2007
      Miami, Florida

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:    s/Aloyma M. Sanchez
Aloyma M. Sanchez(0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel No.(305) 961-9352
Fax No.(305) 530-7195
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 6, 2007 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by U.S. mail this 6th day of December, 2007 upon party of record who is not authorized to receive electronically Notices of Electronic Filing as indicated on the attached service list:

      s/Aloyma M. Sanchez
      Aloyma M. Sanchez
      Assistant United States Attorney

<u>United States of America v. Hayley Nurse</u>
Case No.: 00-6181-CIV-FERGUSON

SERVICE LIST

Hayley Nurse
520 Lock Rd. Apt. 41
Deerfield Beach, FL 33442
***Served by U.S. Mail***

Aloyma M. Sanchez
Assistant United States Attorney
Fla. Bar No. (0717509)
Email: aloyma.sanchez@usdoj.gov
Federal Justice Building
99 N.E. 4th Street, Suite 300/Civil Division
Miami, Florida   33132
Tel: (305) 961-9204
Fax: (305) 530-7139
Counsel for Plaintiff